Slip Op. 08-04

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SKF USA, INC, SKF FRANCE S.A., and SARMA, : <br><br> Plaintiffs, : <br><br> v. : <br><br> UNITED STATES, : <br><br> Defendant, : <br><br> and : <br><br> TIMKEN U.S. CORPORATION, : <br><br> Defendant-Intervenor. : | Before: WALLACH, Judge <br> Court No.: 03-00490 |

**JUDGMENT IN CONFORMITY WITH MANDATE**

The United States Court of Appeals for the Federal Circuit having issued a mandate on 13 November 2007, in <u>SKF USA, Inc. v. United States</u>, Appeal No. 07-1039, vacating this court's decision at Slip Op. 06-133 (September 1, 2006), it is hereby

ORDERED ADJUDGED AND DECREED that the above entitled case be and hereby is DISMISSED as moot.

                                                __/s/ Evan J. Wallach_____
                                                  Evan J. Wallach, Judge

Dated: January 14, 2008
       New York, New York

# NOTICE OF ENTRY AND SERVICE

  This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

  Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

               or

  Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

                      Tina Potuto Kimble
                      Clerk of the Court

Date: _____  By: _____
                         Deputy Clerk